IRELL & MANELLA LLP
Scott D. Baskin (84283) sbaskin@irell.com
Lisa M. Sharrock (223406) lsharrock@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0091
Facsimile: (949) 760-5200

Attorneys for Defendant Western
Digital Corporation

GUTRIDE SAFIER LLP
Adam Gutride (181446) gutridelaw@earthlink.net
Seth A. Safier (197427) seth@safier.org
835 Douglas Street
San Francisco, CA 94121
Tel: (415) 271-6469
Fax: (928) 438-1285

Attorneys for Plaintiff
Orin Safier

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORIN SAFIER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WESTERN DIGITAL CORPORATION, et al., <br><br> Defendants. | Case No. CV 05-03353 BZ <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

Case No. CV 05-03353 BZ

Stipulation and Proposed Order re:
Case Management Conference

## STIPULATION

WHEREAS, a Case Management Conference currently is scheduled for December 19, 2005, at 4:00 p.m.;

WHEREAS; the parties have agreed, subject to the Court's approval, that the Case Management Conference should be continued for the purpose of permitting the parties to pursue settlement;

IT IS THEREFORE STIPULATED by the parties through their undersigned counsel that, subject to the Court's approval, the Case Management Conference currently scheduled for December 19, 2005, at 4:00 p.m. shall be continued to January 23, 2006, at 4:00 p.m.

Date: November 11, 2005

IRELL & MANELLA LLP
Scott D. Baskin, P.C.
Lisa M. Sharrock

By: _____
Lisa M. Sharrock
Attorneys for Western Digital
Corporation

Date: November 11, 2005

GUTRIDE SAFIER LLP
Adam Gutride
Seth A. Safier

By: _____
Seth A. Safier
Attorneys for Plaintiff

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

Case No. CV 05-03353 BZ

- 1 -

Stipulation and Proposed Order re:
Case Management Conference

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, in the interests of justice and for good cause shown, the Case Management Conference currently scheduled for December 19, 2005, at 4:00 p.m. hereby is continued to January 23, 2006, at 4:00 p.m.

**IT IS SO ORDERED**.

Dated: November 28, 2005

Hon. _____
United States _____ Judge



IT IS SO ORDERED
Judge Bernard Zimmerman

Case No. CV 05-03353 BZ

- 2 -

Stipulation and Proposed Order re: Case Management Conference

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations