IRELL & MANELLA LLP
Scott D. Baskin (84283) sbaskin@irell.com
Lisa M. Sharrock (223406) lsharrock@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0091
Facsimile: (949) 760-5200

Attorneys for Defendant Western
Digital Corporation

GUTRIDE SAFIER LLP
Adam Gutride (181446) gutridelaw@earthlink.net
Seth A. Safier (197427) seth@safier.org
835 Douglas Street
San Francisco, CA 94121
Tel: (415) 271-6469
Fax: (928) 438-1285

Attorneys for Plaintiff
Orin Safier

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORIN SAFIER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>WESTERN DIGITAL<br>CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. CV 05-03353 BZ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE JANUARY 23, 2006, CASE MANAGEMENT CONFERENCE** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

Case No. CV 05-03353 BZ

Stipulation and Proposed Order re:
Case Management Conference

## STIPULATION

1 
2   WHEREAS, a Case Management Conference currently is scheduled for
3 January 23, 2006, at 4:00 p.m.;
4   WHEREAS; the parties have agreed, subject to the Court's approval, that the
5 Case Management Conference should be continued for the purpose of permitting the
6 parties to pursue settlement;
7   IT IS THEREFORE STIPULATED by the parties through their undersigned
8 counsel that, subject to the Court's approval, the Case Management Conference
9 currently scheduled for January 23, 2006, at 4:00 p.m. shall be continued to
10 February 20, 2006, at 4:00 p.m.
11
12 Date: January 12, 2006          IRELL & MANELLA LLP
                                   Scott D. Baskin, P.C.
13                                 Lisa M. Sharrock
14
15
16                                 By: _____
                                       Lisa M. Sharrock
17                                     Attorneys for Western Digital
                                       Corporation
18
19 Date: January 12, 2006          GUTRIDE SAFIER LLP
                                   Adam Gutride
20                                 Seth A. Safier
21
22
23                                 By: _____
                                       Seth A. Safier
24                                     Attorneys for Plaintiff
25
26
27
28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

Case No. CV 05-03353 BZ                          - 1 -                Stipulation and Proposed Order re:
                                                                      Case Management Conference

1  **[PROPOSED] ORDER**

2  Pursuant to the stipulation of the parties, in the interests of justice and for
3  good cause shown, the Case Management Conference currently scheduled for
4  January 23, 2006, at 4:00 p.m. hereby is continued to ~~February 20, 2006~~, at 4:00
   March 6, 2006
5  p.m.

6  **IT IS SO ORDERED**.

7

8  Dated: January 12, 2006



Judge Bernard Zimmerman
Magistrate Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

Case No. CV 05-03353 BZ

- 2 -

Stipulation and Proposed Order re:
Case Management Conference