GUTRIDE SAFIER LLP
ADAM GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 271-6469
Facsimile: (928) 438-1285

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIN SAFIER, an individual, and New Mexico resident, on behalf of himself, those similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION, a foreign corporation; and DOES 1 THROUGH 20,<br><br>Defendants. | Case No. No. 05-03353 BZ<br><br>JOINT STIPULATION AND [PROPOSED] ORDER SHORTENING TIME PURSUANT TO LOCAL RULE 6-2 |

**STIPULATION**

**WHEREAS**, on February 1, 2006, Plaintiff Orin Safier ("Plaintiff") and Defendant Western Digital Corporation ("Defendant") entered into a Class Action Settlement Agreement ("Settlement Agreement");

**WHEREAS**, on February 1, 2006, Plaintiff filed a motion for preliminary approval of the Settlement Agreement ("Motion") with a hearing date of February 15, 2006;

**WHEREAS**, prior to filing the Motion, Plaintiff and Defendant agreed to the hearing date and confirmed the Court's availability;

**WHEREAS**, on February 1, 2006, Defendant filed a brief in support of the Motion;

**WHEREAS**, no further briefs or supporting papers are to be submitted;

**WHEREAS**, it is in best interests of the proposed Settlement Class, Plaintiff, and Defendant that the preliminary approval hearing take place as soon as possible, among other

1  reasons, to obviate the need for the parties to proceed with preparations for the Case Management
2  Conference, currently scheduled for March 6, 2006, and so that the Settlement Class can receive
3  the Class Benefit as soon as possible; and

4      **WHEREAS**, the parties have stipulated to and received two prior time extensions in this
5  case, both of which continued the Case Management Conference for the purpose of pursuing the
6  settlement discussions which ultimately led to the February 1, 2006, Settlement Agreement.

7      **ACCORDINGLY**, it is therefore requested that the Court grant relief from Local Rule 7-
8  2(a) to calendar the preliminary approval hearing to be heard on February 15, 2006 at 10:00 am.

9  **DATED: February 6, 2006**

GUTRIDE SAFIER LLP

By: /s/ Seth A. Safier
Seth A. Safier
Counsel for Plaintiff

**DATED: February 6, 2006**

IRELL & MANELLA LLP

By: _____
Lisa M. Sharrock
Counsel for Defendant

- 2 -
Joint Stipulation for Order Shortening Time
Case No. CO-5-3353BZ

1447468.

1 reasons, to obviate the need for the parties to proceed with preparations for the Case Management
2 Conference, currently scheduled for March 6, 2006, and so that the Settlement Class can receive
3 the Class Benefit as soon as possible; and

4   **WHEREAS**, the parties have stipulated to and received two prior time extensions in this
5 case, both of which continued the Case Management Conference for the purpose of pursuing the
6 settlement discussions which ultimately led to the February 1, 2006, Settlement Agreement.

7   **ACCORDINGLY**, it is therefore requested that the Court grant relief from Local Rule 7-
8 2(a) to calendar the preliminary approval hearing to be heard on February 15, 2006 at 10:00 am.

9 **DATED: February 6, 2006**

GUTRIDE SAFIER LLP

By: _____
Seth A. Safier
Counsel for Plaintiff

**DATED: February 6, 2006**

IRELL & MANELLA LLP

By: _____
Lisa M. Sharrock
Counsel for Defendant

-2-
Joint Stipulation for Order Shortening Time
Case No. CO-5-3353BZ

1447468.1 01

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, ~~in the interests of justice and for good cause shown,~~ Plaintiff's Motion for Preliminary Approval shall be heard on February 15, 2006, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: 8 Feb, 2006

Honorable Magistrate Judge Bernard Zimmerman

## PROOF OF SERVICE

I, Seth A. Safier, declare:

My business address is 6467 California, San Francisco, California. I am employed in the County of San Francisco, where this mailing occurs. I am over the age of 18 years and not a party to the within cause.

On February 6, 2006, I served the following documents:

JOINT STIPULATION AND [PROPOSED] ORDER SHORTENING TIME PURSUANT TO LOCAL RULE 6-2

on the following person(s) in this action by placing a true copy thereof as follows:

Scott D. Baskin, Esq.
Lisa Sharrock, Esq.
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
LSharrock@irell.com
sbaskin@irell.com

[ ]   BY MAIL. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing following ordinary business practices.

[x]   BY ELECTRONIC MAIL. I caused said documents to be transmitted by electronic mail to the email address indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on February 6, 2006, at San Francisco, California.

Seth A. Safier, Esq.