UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ORIN SAFIER, on behalf of himself and those similarly situated | ) ) ) | No. C05-3353 BZ |
| Plaintiff(s), | ) ) ) | **ORDER DENYING MOTION FOR SUPPLEMENTAL AWARD OF ATTORNEYS' FEES** |
| v. | ) ) | |
| WESTERN DIGITAL CORPORATION, | ) ) | |
| Defendant(s). | ) | |

The fees for class counsel were determined by the lodestar method, as class counsel had proposed. That analysis is contained in the first 8 pages of the court's order. The fact that a cross check, now that all class members have submitted claims, would produce a slightly higher amount, does not alter the court's lodestar analysis. **IT IS THEREFORE ORDERED** that the motion is **DENIED**.

Dated: July 21, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SAFIER\DENY.ATTYS.FEES.ORD.wpd